Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Tiffany L. Ashraf*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tiffany L. Ashraf, <br><br> Plaintiff, <br> v. <br><br> Allied Collection Services, Inc., Equifax Information Services LLC, Experian Information Solutions, Inc. and Trans Union LLC, <br><br> Defendants. | Case No: 2:17-cv-01213-JAD-CWH <br><br> **Stipulation of Dismissal of Trans Union LLC** <br><br> ECF No. 26 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tiffany L. Ashraf ("Plaintiff") and Defendant Trans Union LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of September 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jason G. Revzin
Jason G. Revzin, Esq.
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trans Union LLC*

### ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation [ECF No. 26] is between the plaintiff and only one of the three remaining defendants in this case. Accordingly, I treat it as a joint motion under LR 7-1(c), find good cause, and GRANT it [ECF No. 26]. IT IS THEREFORE ORDERED that all claims against defendant Trans Union, LLC are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
September 21, 2017