1  Michael Kind, Esq.
2  Nevada Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
3  6069 South Fort Apache Road, Suite 100
4  Las Vegas, Nevada 89148
   Phone: (800) 400-6808 x7
5  mkind@kazlg.com

6  Sara Khosroabadi, Esq.
7  Nevada Bar No. 13703
   **HYDE & SWIGART**
8  6069 South Fort Apache Road, Suite 100
9  Las Vegas, Nevada 89148
   Phone: (619) 233-7770
10 sara@westcoastlitigation.com

11 David H. Krieger, Esq.
12 Nevada Bar No. 9086
   **HAINES & KRIEGER, LLC**
13 8985 S. Eastern Avenue, Suite 350
14 Henderson, Nevada 89123
   Phone: (702) 880-5554
15 dkrieger@hainesandkrieger.com
16 *Attorneys for Plaintiff Tiffany L. Ashraf*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tiffany L. Ashraf, | Case No: 2:17-cv-01213-JAD-CWH |
| Plaintiff, | **Stipulation of Dismissal of Equifax Information Services LLC** |
| v. | |
| Allied Collection Services, Inc., Equifax Information Services LLC, Experian Information Solutions, Inc. and Trans Union LLC, | ECF NO. 28 |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tiffany L. Ashraf ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 12th day of October 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SNELL & WILMER LLP**

By: /s/ Bradley T Austin
Bradley T Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services LLC*

### ORDER

The court **construes this stipulation** to dismiss plaintiff's claims against Defendant **Equifax Information Services LLC [ECF 28] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all remaining parties in this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 28] is GRANTED, and all claims against Equifax are DISMISSED**, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
October 2, 2017